DOA
3/13/23

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:23-MJ- 183 -VCF |
| Joshua A. Corfee | ) 23-04048-MJ-01-PCT-CDB |
| | ) |
| | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Joshua A. Corfee                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False Information and Hoax Related to Purported Bomb (Weapon of Mass Destruction) - 18 U.S.C. s. 1038(a)(1)(A)

Date:     03/03/2023                                        _____
                                                                       *Issuing officer's signature*

City and state:     Las Vegas, NV                     Honorable Cam Ferenbach, U.S. Magistrate Judge
                                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar Number 7709
JEAN N. RIPLEY
3 | Assistant United States Attorney
501 Las Vegas Boulevard South, Ste. 1100
4 | Las Vegas, Nevada 89101
Tel: 702.388.6551
5 | Jean.Ripley@usdoj.gov

**FILED**

MAR 0 3 2023

**U.S. MAGISTRATE JUDGE**

BY_____

6 | *Attorneys for the United States*

7 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9 | UNITED STATES,

Plaintiff,

10

11 | v.

12 | JOSHUA A. CORFEE,

Defendant.

13

Case No. 2:23-MJ- 183 -VCF

**CRIMINAL COMPLAINT**

18 U.S.C. § 1038(a)(1)(A) –
False Information and Hoax Related to
Purported Bomb (Weapon of Mass
Destruction)

14

15 | BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

16 | complainant, being first duly sworn, states that:

17 | COUNT ONE
False Information and Hoax Related to Purported Bomb (Weapon of Mass Destruction)

18 | (18 U.S.C. § 1038(a)(1)(A))

19 | On or about February 26, 2023, in the State and Federal District of Nevada,

20 | JOSHUA A. CORFEE,

21 | defendant herein, did intentionally convey false and misleading information, to wit: placing

22 | a telephone call to the Airport Control Center and stating that he had placed a bomb at

23 | Harry Reid International Airport in Las Vegas, Nevada, under circumstances where such

24 | information may reasonably have been believed, that indicated that an activity had taken,

1   was taking, and would take place that would constitute a violation of 18 U.S.C. §

2   2332a(a)(2) – Threatening to Use a Weapon of Mass Destruction, to wit: that a bomb had

3   been placed somewhere at Harry Reid International Airport, all in violation of Title 18,

4   United States Code, Section 1038(a)(1)(A).

5                                 **PROBABLE CAUSE AFFIDAVIT**

6         Complainant, Erin Walsh, as and for probable cause, states the following:

7         1.  I am a Special Agent with the Las Vegas Division of the Federal Bureau of

8   Investigation (FBI), and have been employed as such for approximately five years. As a

9   Special Agent with the FBI, I have received extensive training, including with respect to

10   threat assessment and mitigation and domestic terrorism. While at the FBI, I have been

11   involved in numerous investigations related to foreign and domestic counterintelligence,

12   safeguarding national security, drug trafficking organizations and other criminal

13   enterprises, and other violent offenses. I am currently assigned to the FBI's Transnational

14   Organized Crime Squad and serve as the FBI's Airport Liaison Agent Coordinator.

15         2.      This Affidavit is made in support of a complaint charging Joshua A.

16   CORFEE with a violation of 18 U.S.C. § 1038(a)(1)(A) for false information and hoaxes.

17   The statements contained in this Affidavit are based on my personal observations, my

18   training and experience, and information obtained from other law enforcement personnel

19   and witnesses. I have not included each and every fact known to me, but rather, have

20   included information sufficient to establish probable cause for the requested charge. All

21   times and dates are approximate.

22         3.      On February 26, 2023, an individual later identified as Joshua CORFEE

23   called the Airport Control Center ("ACC") of Harry Reid International Airport from

24   928.514.8700, and stated that he had placed a bomb at the airport. All calls received by

1   ACC are recorded and subject to caller identification. The call is approximately 40 seconds

2   in duration, and is transcribed as follows:

3   Operator:      Thank you for calling Harry Reid International Airport, this is Loretta, how
                   may I assist you?

4
    CORFEE:        Yeah, um, I'm a known "Incel," and I wanted to let you know that I put a
5                  bomb in the airport. Out of Lake Havasu City, I'm out of Lake Havasu
                   City.

6
    Operator:      Okay, one moment please.
7
    Operator:      Okay, when did you do this?
8
    CORFEE:        Oh, not that long ago, I'm heading back now.
9
    Operator:      What flight is it on? Which airline?
10
    CORFEE:        I don't know.
11
    Operator:      You don't know which airline you placed this on?
12
    [Call is disconnected.]
13
            4.     Pursuant to protocol, ACC notified the FBI of the bomb threat. Your
14
    Complainant called telephone number 928-514-8700 and spoke with a male voice who
15
    identified himself as Joshua CORFEE. During that call, CORFEE asked the agent the
16
    reason for the call, and the agent told CORFEE that it was in relation to a threat of
17
    terrorism. CORFEE originally denied making any threats, stating he "didn't even go to the
18
    airport" and that he lives in Arizona. The agent then asked CORFEE why he brought up
19
    the airport as the agent never mentioned the airport. CORFEE then admitted to placing the
20
    phone call to the Harry Reid International Airport from Arizona, and making threatening
21
    statements. Specifically, CORFEE stated he made a false statement about putting a bomb
22
    in the airport. During the call, CORFEE also stated that he was an "Incel," and wanted
23
    international attention.
24

                                            3

1     5.      After listening to the recorded call from ACC, I later confirmed that the

2 person who had identified himself as Joshua CORFEE is the same male voice who made

3 the bomb threat.

4     6.      As a result of the possibility of a bomb being placed at the airport, ACC

5 deployed canines specializing in detection of explosive devices within common areas of the

6 airport. No explosive devices were found.

7     7.      At the FBI's request, on that same day, an officer of the Mohave County

8 Sherriff's Office made contact with CORFEE and his mother at his residence in Lake

9 Havasu, Arizona. CORFEE claimed that he had called the Las Vegas airport "to try and

10 get attention." CORFEE stated that he "wanted international attention to validate"

11 whether he was "good looking or not."

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

1                                   **CONCLUSION**

2        8.     Based on the above facts and circumstances, as well as my training and

3 experience, I submit that there is probable cause that Joshua CORFEE, defendant herein,

4 has violated Title 18, United States Code, Section 1038(a)(1)(A) for False Information and

5 Hoax Related to Purported Bomb (Weapon of Mass Destruction).

6

7                                      ERIN WALSH

8                                      Special Agent
                                     Federal Bureau of Investigation

9

10 Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

11 telephone on March ___3 / 1 / ___, 2023.

12

13

14 HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

                                             5