**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** March 16, 2023 |
| **USA v. Joshua A. Corfee** | **Case Number:** 23-04048MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Dondi Jean Osborne
**Attorney for Defendant:** **Sarah Kosnoff Erlinder for Luke Stephen Mulligan**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

Oral Motion to Unseal the Case by the Government and no objection by Defense Counsel. Court ORDERS case unsealed.

**DETENTION HEARING**  ☒ Held  ☐ Continued  ☐ Submitted  ☐ UA
Government's request for detention ☒ Granted  ☐ Denied
☒ Defendant Ordered detained pending further proceedings.
The court will not close the door on detention, there may be additional evidence to assure the court to elevate the issue of dangerousness.

**REMOVAL HEARING:** ☐ Held  ☒ Waived
☒ COMMITMENT TO ANOTHER DISTRICT ISSUED
☒ Defendant signs written Waiver of Removal Hearing. The Magistrate Judge finds, <u>as detailed in the affidavit supporting the affidavit in this case there is strong evidence of guilt in this matter</u>.
☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
**OTHER:** Defendant reserves his right to a Preliminary Hearing in the prosecuting district.

**Recorded By** Courtsmart  **DH/RM**  **33 min**
**Deputy Clerk** Christina Davison

**Start: 10:05 am**
**Stop: 10:38 am**